AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE       DISTRICT OF       PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: 97-072(SEC) |
| **JOSE A. VEGA-FIGUEROA, ET AL** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| <u>November 7, 2007</u> | /s/Warren Vázquez |
| *Date* | *Signature* |
| | |
| | <u>Warren Vázquez</u> |
| | *Print Name* |
| | |
| | <u>350 Torre Chardon, Suite 1201</u> |
| | *Address* |
| | |
| | <u>Hato Rey, Puerto Rico 00918</u> |
| | *City* |
| | |
| | <u>(787) 766-5656</u> |
| | Phone Number |

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

      At San Juan, Puerto Rico, November 7, 2007.

                                          S/Warren Vázquez
                                          Warren Vázquez - 125413