AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **APPEARANCE** |
| Plaintiff, | |
| v. | CASE NO. 97-0072(SEC) |
| **CESAR COLON RIVERA, ET AL.** | |
| Defendants. | |

To the Clerk of this Honorable Court and all parties of record:

Kindly enter my appearance as **lead counsel** in this case for the United States of America.

Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be

terminated.

November 15, 2007
Date

s\Ilianys Rivera Miranda
Ilianys Rivera Miranda - 223006
Assistant U.S. Attorney
Torre Chardon, Room 1201
350 Carlos Chardon Avenue
San Juan, PR 00918
Tel. (787) 766-5656
Ilianys.Rivera@usdoj.gov

**Notice of Appearance**
<u>US v. César Colón Rivera, et al.</u>
Criminal No. 97-0072(SEC)
Page 2

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to notify the counsels of record.

At San Juan, Puerto Rico, this 15th day of November, 2007.

s\Ilianys Rivera Miranda
Ilianys Rivera Miranda - 223006
Assistant U.S. Attorney