**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> v. <br><br> JOSE A. VEGA-FIGUEROA, ET AL Defendants. | CRIMINAL NO. 97-072(SEC) |

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. That as of November 14, 2007, AUSA Warren Vázquez is not the Assistant U.S. Attorney responsible for the prosecution of the above referenced case. The AUSA responsible for this case is Ilianis Rivera.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Warren Vázquez as the attorney responsible for the prosecution of the instant case.

RESPECTFULLY SUBMITTED.

2

In San Juan, Puerto Rico, this 15th day of November, 2007.

        ROSA EMILIA RODRIGUEZ-VELEZ
        United States Attorney

        s/Warren Vázquez
        Warren Vázquez 125413
        Assistant U. S. Attorney
        Criminal Division
        Torre Chardón, Suite 1201
        350 Carlos Chardón Street
        Hato Rey, Puerto Rico  00918
        Tel. (787) 766-5656
        Fax (787) 771-4050
        Email: warren.vazquez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico, this 15th day of November, 2007.

        s/Warren Vázquez
        Assistant U.S. Attorney